*Solitary Confinement Claim 4-26-11*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

CHRISTOPHER ODOM
[Enter the full name of the plaintiff in this action]

) Civil Action No. _____
) (to be assigned by Clerk)
)
v.
) **COMPLAINT**
) **State Prisoner**
CHARLESTON COUNTY DE-
TENTION CENTER FNU LNU
RESPONSIBLE AUTHORITY/FNU
LNU C.C.O.H. RESPONSIBLE
AUTHORITY (FNU LNU - FIRST NAME unk
LAST NAM unk)

Enter above the full name of defendant(s) in this action

FNU LNU C.C.O.C. NEGLIGENCE Insurance Policy Holder
FNU LNU C.C.O.H NEGLIGENCE Insurance Policy Holder
FNU ROHAUS FNU Nurse LNU

*Plaintiff adds Houston v Lack 487 U.S. 266 (1988)*

*RECEIVED CLERK'S 2011 MAY -5 DISTRICT COURT DISTRICT OF SOUTH CAROLINA CHARLESTON SC*

## I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?    Yes ✓   No ____

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to this previous lawsuit:

   Plaintiff: CHRISTOPHER ODOM

   Defendant(s): ABOVE caption Defendants

2. Court: U.S.D.C.
   *(If federal court, name the district; if state court, name the county)*

3. Docket Number: N/A

4. Name(s) of Judge(s) to whom case was assigned: N/A

5. Disposition: N/A
   *(For example, was the case dismissed? Appealed? Pending?)*

6. Approximate date of filing lawsuit: The Month of March

7. Approximate date of disposition: Never recieved notice from U.S.D.C. of reciept of claim. NOTE: Claim mention C.C.O.H. FNU ROHAUS (NURSE) AS Defendant also.

Complaint - State Prisoner
Revised October 3, 2007

pg. 1 of 7

①

*Solitary Confinement Claim 4-26-11*

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: Charleston County Detention Center

B. What are the issues that you are attempting to litigate in the above-captioned case? Assault, Handshake to include but not limited to tane, cruel & unusual punishment malicious prosecution.

C. (1) Is there a prisoner grievance procedure in this institution? Yes ✓ No

(2) Did you file a grievance concerning the claims you are raising in this matter? Yes ✓ No

When See Enclosed → Grievance Number (if available) ← See Enclosed

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)? Yes ___ No ✓ Never Responds

E. When was the final agency/departmental/institutional answer or determination received by you? D-never responds

If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received. See Enclosed Grievance - Handwritten copy.

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes ✓ No

G. If your answer is YES:

1. What steps did you take? Unit 1A employees FNU LNU (?) FNU LNU (?) FNU LNU Ellis, FNU Rodrique, Morris of Unit 1A on 4-26-2011 and Sgt FNU

2. What was the result? No response in writing - this has been the case since arrest of plaintiff at CCDC intake on 10-13-10.

III. PARTIES

In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: Christopher Odom
Address: 1483 Woodview Ln. Chas SC 29412
Inmate No.: _____

In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.

B. Name of Defendant: FNU LNU Classification    Responsible Authority
Position: Classification
Place of Employment: 3841 Leeds Ave. N. Chas. S.C. 29405

C. Additional Defendants (provide the same information for each defendant as listed in Item B above):
FNU LNU C.C.O.H. Responsible Authority/Negligence Insurance
FNU LNU C.C.D.C. Responsible Authority/Negligence Insurance
FNU LNU Charleston County Detention Center Negligence Insurance
FNU Nurse Rohans FNU Nurse Land Negligence Insurance

Complaint - State Prisoner
Revised October 3, 2007

Pg. 2 of 7

- Plaintiff Demand Relief ($54 of 7) For U.S.D.C. / For S.C.

- $16 million Dollars, Medical and Health Reparations Non-Affiliated with Defendants, Safeguards/Protection For The Poor, Needy, Mute, Special Needs People to include but not Limited the Elderly, The Young, Kids, The Sick and Shut In, The Deaf, Dumb, Blind, **Also** the Motherless and Fatherless People/Beings(CHILD!

Plaintiff Declare Under Penalty of Perjury The Foregoing is True and Correct.

Statement of Claim; The Defendants to include but not Limited Charleston County Detention Center and unu Responsible Authority/Full and C.C.O.L Responsible Authority/C.C.O.C Full Lay Injury/Neg Ligence Insurance Policy Holder/C.C.O.L. Full Lay Insurance Policy Holder For Injury/Negligence, Has Physically Assaulted Plaintiff on 10-26-10, 11-9-10, 12-14-10, 1-7-11, 1-7-11 (twice on 7-11) 1-8-11, 1-11-11 (C.C.O.C nurse Roffans[sic] C.C.O.C nurse Roffans[sic] on Plaintiff Arm Picus Taken Things From Plaintiff Arm without Plaintiff consent to treatment of C.C.O.H. For Assault, Injury of All the Above Incidents/Injuries to include But not Limited to Placement of Plaintiff in Disciplinary Unit on 10-12-10 then 4-22-11 Without Given Plaintiff Written Notice to reason(s) of Placement in Solitary Confinement Creating Torturous Acts Malicious Prosecution to include but not Limited too Cruel and Unusual Punishment. Also see Grievance Dated 4-26-2011 at 6:30 a.m.
Also C.C.O.H Nurse Ransom From dus Random Checks

4-26-11    Plaintiff

Plaintiff Request To Be move from C.C.D.H., J.C.C.O.C. Custody In Med Area    Pg 3 of 7
Plaintiff

# COUNTY OF CHARLESTON
## DETENTION CENTER
### INMATES GRIEVANCE FORM

*Atten: Petitioner is MUTE to be custody, see reverse side*

*Plaintiff Request Release from C.C.D.C.*

*Recieving Officer please make a copy before forwarding for Grievant Records*

NAME: ODOM, CHRISTOPHER       # 905

HOUSING UNIT: UNIT 1A  #1242       DATE: 4-26-2011  Time 6:30 AM

STATEMENT: PETITIONER REQUEST RESPONSE IMMEDIATELY.

★ THIS IS THE FINAL TIME GRIEVANT WILL REQUEST REASON(S) FOR PLACEMENT IN UNIT 1A Segregation UPON RETURN TO C.C.D.C ON 4-22-2011.
→ PLEASE PLACE REASON(S) IN WRITING.
★ IT IS CLEAR THAT C.C.D.C. Continues to ASSAULT GRIEVANT PHYSICALLY AS WELL AS MENTALLY FOR GRIEVANT HAS NO DISCIPLINARY CHARGE Therefore should not be HOUSED IN DISC. UNIT- clearly torture, Hardship, cruel and unusual punishment, malicious prosecution ect.

RECEIVED BY: _____ AT _____ ON _____
             TOUR COMMANDER          TIME        DATE

( ) ROUTINE        ( ) EMERGENCY

O.I.C. REVIEW:
_____
_____
_____
_____
_____

_____    _____
DATE REVIEW COMPLETED         O.I.C. SIGNATURE

GRIEVANCE COMMITTEE MEETING ON _____, COMPOSED OF:

CHAIRMAN: _____

MEMBER: _____

MEMBER: _____

FINDINGS AND RECOMMENDATIONS:
_____
_____
_____
_____
_____

*Atten: C.C.D.C. A LAWSUIT HAS BEEN FILED AGAINST YOU. You have to Respond Immediately. Reference See 3:11-CV-605 / 3:11-CV-606 U.S.D.C. Court*

Original: Central File        Yellow: Inmate Copy        Pink: Inmate Records File

Rev. 7/21/03

FOR U.S.D./SC
PG-1 OF 1